El Municipio de Isabela, promovente, *v.* La Corte de Distrito de San Juan, Hon. Domingo Sepúlveda, Juez, y Manuel Tous Soto, Rafael Cuevas Zequeira y Rafael Rivera Zayas, demandados.

No. 41.—*Visto:* Marzo 28, 1927. *Resuelto:* Marzo 31, 1927.

1. Comparecencia *(Appearance)*—Renuncias por Efecto de la Misma—Objeciones a Defectos en el Emplazamiento—En General.—Si un demandado se somete voluntariamente a la jurisdicción de una corte, huelga la consideración de los defectos que pudiera tener el emplazamiento.

2. Autos Inhibitorios *(Prohibition)*—Fundamentos para Solicitar el Auto—En General—Doble Representación del Peticionario en la Corte Inferior.—El hecho de una doble representación del peticionario en la corte inferior no es fundamento para un auto inhibitorio.

3. Apelación y Error—Presentación y Reserva en la Corte Inferior de los Fundamentos de Revisión—*Issues* y Cuestiones en la Corte Inferior—Necesidad de Que Éstos se Levanten en la Corte Inferior.—Para que un litigante pueda quejarse en un recurso extraordinario de que una corte de distrito dejó de resolver cuál de los dos abogados que ostentaban su representación era el que legalmente la tenía, debe levantar primero dicha cuestión en debida forma en la corte de distrito.

Solicitud de auto inhibitorio. *Denegado.*

*O'Neill & O'Neill,* abogados del promovente; *M. Tous Soto y R. Cuevas Zequeira,* por su propio derecho y éste último además a nombre de *R. Rivera Zayas.*

---

[1] Véase la resolución sobre reconsideración de fecha mayo 17, 1927.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

El municipio de Isabela por medio de sus abogados presentó en esta corte una petición de auto inhibitorio alegando que la Corte de Distrito de San Juan continuaba en el conocimiento de cierto pleito sin autoridad de ley. El tribunal resolvió antes de tomar acción alguna en el caso, oir a las partes. La audiencia se celebró el 28 de marzo actual y a virtud de ella y de un estudio detenido del asunto entendemos que no debe librarse el auto solicitado.

Dos son los derechos que alega infringidos el peticionaa saber: que la corte de distrito siguió conociendo del litigio iniciado por Manuel Tous Soto contra el peticionario dejando a un lado sin discutir ni resolver cierta moción de impugnación al emplazamiento presentada por el peticionario, y que la corte de distrito dejó de resolver la situación anómala de la doble representación del peticionario. En el pleito de referencia el municipio demandado compareció por ciertos abogados nombrados por la Asamblea y por otros nombrados por el alcalde. Es el municipio por su representación designada por el alcalde el que interpone este auto inhibitorio.

[1] En cuanto al primer extremo bastará decir que durante la audiencia la misma parte peticionaria expresó que al discutirse las cuestiones planteadas el demandante en el pleito alegó que el demandado se había sometido y que la corte así lo resolvió. Si esto es así holgaba la consideración y resolución de la moción del demandado. Dicha moción quedó implícitamente resuelta. Si el demandado se había sometido a la jurisdicción de la corte ¿qué necesidad existía de investigar y resolver si el emplazamiento era o no defectuoso? Si la resolución de la corte fué errónea en sus fundamentos, puede el peticionario pedir a la misma corte que la reconsidere o puede obtener su revisión por los medios ordinarios fijados por la ley.

[2] Convenimos con el peticionario en que su doble representación no puede ni debe subsistir y en que quizá la corte de distrito con la discusión habida ante ella pudo y debió resolverla.   Pero ello no es motivo para un auto inhibitorio.

[3] Además hay que reconocer, como alegó en la audiencia la parte demandante en el pleito, que la cuestión no fué suscitada por escrito que es la forma normal de levantar cuestiones en las cortes de récord, a no ser durante la celebración del juicio.   El peticionario tiene las puertas abiertas para presentar la cuestión de nuevo cumpliendo con todos los requisitos y solemnidades que la mejor práctica recomiende.

*No ha lugar a la expedición del auto.*